IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK RAY VICTOR,

      Petitioner,               No. CIV S-07-0869 FCD EFB P

    vs.

ATTORNEY GENERAL,

      Respondent.            ORDER

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has paid the filing fee.

      Petitioner challenges a conviction in the Merced County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number;

/////

/////

/////

/////

1   3.  The new case number is _____.  All future filings shall bear the new
2 case number and shall be filed at:
3     United States District Court
      Eastern District of California
4     2500 Tulare Street
      Fresno, CA 93721
5
6 Dated:  May 23, 2007.

        _____
        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE